## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brenda J. Bower,

Civil No. 09-2371 (RHK/FLN)

       Plaintiff,

vs.

**ORDER**

Metropolitan Life Insurance Company,

       Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** under and

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this case is

**DISMISSED WITH PREJUDICE**, without attorneys' fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 12, 2010

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge